IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DMYTRO DEREVIANKO,

      Plaintiff,

v.                                                                              No. 25-cv-1040-KG-KK

OFFICER JOHNSON, *et al*,

      Defendants.

ORDER OF DISMISSAL

      This matter is before the Court following Plaintiff's failure to cure deficiencies in this civil rights action. Plaintiff initiated this case by filing a *pro se* Civil Complaint, which seeks money damages on the ground that his immigration detention is unlawful. (Doc. 1) (Complaint). By an Order entered January 30, 2026, the Court explained that relief may not be available but directed Plaintiff to amend and provide more details regarding his claim. (Doc. 2). The Court also directed Plaintiff to file a motion to proceed *in forma pauperis* or pay the $405 civil filing fee. *Id.* at 2-3. Finally, the Court advised Plaintiff that any challenges to his detention, as distinct from claims for money damages, must be raised in his pending 28 U.S.C. § 2241 habeas proceeding. *Id.* The Clerk's Office mailed Plaintiff a blank civil rights complaint and a blank motion to proceed *in forma pauperis*. The Order warns that the failure to timely comply may result in dismissal of this case without further notice.

      The deadline for Plaintiff to file an amended complaint and address the civil filing fee requirement expired on March 2, 2026. Plaintiff did not comply or otherwise respond to the Order. Hence, the Court will dismiss this civil action without prejudice for failure to prosecute and comply with orders under Fed. R. Civ. P. 41(b). *See Olsen v. Mapes,* 333 F.3d 1199, 1204 n. 3 (10th Cir.

2003) ("Rule 41(b) … has long been interpreted to permit courts to dismiss actions *sua sponte* for a plaintiff's failure to prosecute or comply with the … court's orders."). The dismissal of Plaintiff's civil damages claim has no impact on his separate 28 U.S.C. § 2241 proceeding challenging custody.

IT IS ORDERED**:**

1.  Plaintiff's Civil Complaint (Doc. 1) is dismissed without prejudice.

2.  The Court will enter a separate judgment closing the civil case.

s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

2